IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID M. ALLSOPP,** )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>**MARION MEMORIAL HOSPITAL, et al.,** )<br>)<br>Defendants. ) | Civil No. **05-4082-JPG** |

## ORDER

**PROUD, Magistrate Judge:**

    Six similar actions brought against Marion Memorial Hospital (Case Nos. 05-4082 through 05-4087) have been assigned to United States District Judge J. Phil Gilbert. In the interest of judicial economy and consistency, it is advisable that a single magistrate judge be assigned to those cases, rather than multiple magistrate judges. U.S. Magistrate Judge Philip M. Frazier, who presides in the Benton division with Judge Gilbert, has agreed to being assigned to all six cases. I therefore **RECUSE** myself from this case.

    **IT IS SO ORDERED.**

    **DATED: June 16, 2005**

                                                 s/ Clifford J. Proud
                                                 **CLIFFORD J. PROUD**
                                                 **U. S. MAGISTRATE JUDGE**