UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID M. ALLSOPP,<br><br>  Plaintiff,<br><br>  v.<br><br>MARION MEMORIAL HOSPITAL d/b/a Heartland Regional Medical Center d/b/a Heartland Regional Medical Center Home Health Agency, RON SEAL, PHIL KUBOW and DEBBIE COUGHLIN,<br><br>  Defendants. | Case No. 05-cv-4082-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having dismissed this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated:  July 21, 2005         By: s/Judith Prock, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**